UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Retail Food Health & Welfare Fund, sued as Northern Minnesota-Wisconsin Area Retail Food Health and Welfare Fund, and Northern Minnesota-Wisconsin Retail Clerks Pension,

Plaintiffs,

vs.

ORDER OF DISMISSAL

Reichel's Festival Food, Incorporated,

Defendant.

Civ. No. 00-2543 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Richard H. Kyle
United States District Court

DATED: March 20, 2001
At St. Paul, Minnesota

FILED MAR 21 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK